1  JOHN SAMBERG (Bar No. 10828)
   jsamberg@wrslawyers.com
2  WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP
   3773 Howard Hughes Parkway, Suite 590 South
3  Las Vegas, Nevada 89169
   Telephone:  (702) 341-5200
4  Facsimile:  (702) 341-5300

5  Attorneys for Creditor Carolyn Stark

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

In Re:

CARL LACKEY

   Debtor.

Case No. 23-50403-hlb

**CHAPTER 7**

**NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE**

TO:  THE CLERK OF THE BANKRUPTCY COURT, DEBTOR(S), ATTORNEYS OF RECORD, THE TRUSTEE AND TO ALL PARTIES OF INTEREST.

John Samberg of WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP, attorneys for Creditor, Carolyn Stark, hereby enters his appearance on the record in the above-entitled bankruptcy proceeding pursuant to Federal Rules of Bankruptcy Procedure 2002 and 3017(a) and related authority, and requests special notice of all filings, hearings, and all other matters together with copies of all notices, pleadings, motions, responses and other related materials that are issued or filed in connection with these proceedings by the Court, Debtors, Trustee, or other parties in interest.

///
///
///
///
///
///

-1-
**NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE**

All notices and copies in response to the foregoing should be directed to:

John Samberg
WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP
3773 Howard Hughes Parkway, Suite 590 South
Las Vegas, Nevada 89169
Telephone:   (702) 341-5200
Facsimile:    (702) 341-5300
Email:         jsamberg@wrslawyers.com

DATED: July 13, 2023

        WOLF, RIFKIN, SHAPIRO,
        SCHULMAN & RABKIN, LLP

By _____
John Samberg (Bar No. 10828)
3773 Howard Hughes Parkway, Suite 590 South
Las Vegas, Nevada 89169

Attorneys for Creditor Carolyn Stark

-2-

**NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE**

**CERTIFICATE OF SERVICE**

I hereby certify that on July 13, 2023, a true and correct copy of **NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE** was served via the United States Bankruptcy Court CM/ECF system on all parties or persons requiring notice.

By _/s/ Carolyn R. Bott_
Carolyn Bott, an Employee of
WOLF, RIFKIN, SHAPIRO, SCHULMAN &
RABKIN, LLP

-3-
NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE