JOHN SAMBERG (Bar No. 10828)
jsamberg@wrslawyers.com
WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP
3773 Howard Hughes Parkway, Suite 590 South
Las Vegas, Nevada 89169
Telephone:    (702) 341-5200
Facsimile:    (702) 341-5300

*Attorneys for Creditor Carolyn Stark*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| In Re: | Case No. 23-50403-hlb |
|---|---|
| CARL LACKEY | Chapter 7 |
| Debtor. | **EX PARTE MOTION FOR ORDER AUTHORIZING RULE 2004 EXAMINATIONS** |
| | ***[NO HEARING REQUIRED]*** |

Carolyn Stark, Creditor herein, (the "Movant") by and through her attorney, WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP., hereby submit her ex parte motion (the "Motion") for the examinations of:

a)    Larry Johnson – he is the beneficiary of a GoFundMe page created for the benefit of the Debtor. However, this information is not listed in the Debtor's Schedules, and an examination is necessary to determine whether the GoFundMe page receipts and/or distributions should have been scheduled, as they might be considered property of the Estate.

b)    Science First, LLC – this entity is the organizer of a GoFundMe page created for the benefit of the Debtor. However, this information is not listed in the Debtor's Schedules, and an examination is necessary to determine whether the GoFundMe page receipts and/or distributions should have been scheduled, as they might be considered property of the Estate.

c)    Heather Lackey – she is the Debtor's wife, none of whose financial information is provided in the Debtor's Schedules. Some or all of her assets may include community property of the Debtor and therefore could potentially be property of the Estate. That information should have

been disclosed. Additionally, she is the President of a corporation by the name of Myotis, Inc; and

      d)     Myotis, Inc., a Nevada Corporation – this is a business operated by the Debtor's wife, advertising itself as a "family business". However, no information about this business is provided in the Schedules, and it is uncertain whether some or all of the assets of the corporation may be assets of the Estate.

These examinations pertain to the Debtor's assets and liabilities, financial statements, and other information, set forth in the Debtor's Schedules.

In Support of her Motion, Movant, respectfully represents as follows:

1.     The Federal Rules of Bankruptcy Procedure ("Fed.R.Bankr.P.") provide that an examination may be secured by an ex parte motion. Fed.R.Bank.P.2004(a).

2.     Upon motion of any party-in-interest, the Court may order the examination of any entity, and the attendance of any entity for examination and for production of documents may be compelled as provided in Fed.R.Bankr.P.9016 for the attendance of a witness at a hearing or trial. Fed.R.Bankr.P.2004(a)(c).

3.     Local Rule 2004(b) for the United States Bankruptcy Court for the District of Nevada ("Local Rules") provides that orders for examination may be signed by the clerk if the date set for examination is more than fourteen (14) days from the date such motion is filed.

4.     In compliance with Local Rule 2004(b), the proposed date for the requested examination is more than fourteen (14) days from the date this motion was filed.

5.     Rule 2004(c) of the Local Rules provides that the production of documents may be obtained via subpoena as provided by Fed.R.Civ.P. 45(a)(1)(C) as adopted by Fed.R.Bankr.P. 9016.

6.     Movant request that the Rule 2004 Examinations of Larry Johnson, Science First, LLC., Heather Lackey, and Myotis, Inc., be conducted on or after August 25, 2023, beginning at 9:00 a.m., 10:30 a.m., 1:30 p.m., and 3:00 p.m. respectively, or such other time as agreed to by the parties and their counsel, at Sunshine Litigation Services and Technologies., located at 151 Country Estates Circle, Reno, Nevada 89511. A copy of the proposed subpoenas (the

"Subpoenas") for Rule 2004 Examination (which may be modified or supplemented) are attached hereto as **Exhibit "2"**.

7.  The Motion is made to permit the Movant to examine Larry Johnson, Science First, LLC., Heather Lackey, and Myotis, Inc., on matters which relate to "the acts, conduct or property or to the liabilities and financial condition of the debtor, or to other matters which may affect the administration of debtor's estate…" Fed.R.Bankr.P.2004(b).

WHEREFORE, Movant respectfully requests that this Court enter an Order pursuant to Fed.R.Bankr.P.2004 and Local Rule 2004 authorizing Carolyn Start to conduct the Rule 2004 Examinations of Larry Johnson, Science First, LLC., Heather Lackey, and Myotis, Inc., and for such other and further relief as the Court deems just and proper. A copy of the proposed Order is attached hereto as **Exhibit "1"**.

Accordingly, Movant respectfully requests the entry of an order granting this motion.

DATED: July 21, 2023

WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP

By _____
John Samberg (Bar No. 10828)
3773 Howard Hughes Parkway, Suite 590 South
Las Vegas, Nevada 89169
Tel. (702) 341-5200

Attorneys for Creditor Carolyn Stark

## LIST OF EXHIBITS

Exhibit 1    Proposed Order

Exhibit 2    Proposed Subpoenas for Rule 2004 Examinations of Larry Johnson, Science First, LLC., Heather Lackey, and Myotis, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 21th day of July, 2023, a true and correct copy of **EX PARTE MOTION FOR ORDER AUTHORIZING RULE 2004 EXAMINATIONS** was served via the United States Bankruptcy Court CM/ECF system on all parties or persons requiring notice.

By  */s/ Carolyn Bott*
Carolyn Bott, an Employee of
WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP

-5-
EX PARTE MOTION FOR ORDER AUTHORIZING RULE 2004 EXAMINATIONS