NVB 5075 (Rev. 4/23)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

IN RE:  
CARL LACKEY

BK−23−50403−hlb  
CHAPTER 7

Debtor(s)

NOTICE OF DOCKETING ERROR

**NOTICE IS ORDERED** that the following docket entry requires correction:

| | |
|---|---|
| Docket Number/Entry: | *27* – Motion for Relief from Stay Property: NA Fee Amount $188. with Certificate of Service Filed by LUKE BUSBY on behalf of Mark E. Smith (Attachments: # 1 Exhibit # 2 Exhibit # 3 Exhibit)(BUSBY, LUKE) |
| Filed On: | 8/28/23 |
| With A Hearing Date Of: | 9/27/23 |
| And A Hearing Time Of: | 10:00 am |

The reason(s) for the required correction(s) is as follows:

* PDF has an incorrect case caption. Please refer to the Local Rules and file an amended pleading or file it in the correct case immediately. The following caption item(s) are incorrect/missing:
    * Bankruptcy Debtor(s)

Dated: 8/29/23

*Mary A Schott*

Mary A. Schott  
Clerk of Court

**For additional information, please visit the court's web site at https://www.nvb.uscourts.gov**