Jeffrey L. Hartman, Esq.
Nevada Bar No. 1607
**HARTMAN & HARTMAN**
510 W. Plumb Lane, Suite B
Reno, NV 89509
T: (775) 324-2800
F: (775) 324-1818
notices@bankruptcyreno.com
Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>CARL LACKEY,<br><br>      Debtor. | Case No.: BK-23-50403-hlb<br>(Chapter 7)<br><br>**RESPONSE TO MOTION FOR RELIEF FROM AUTOMATIC STAY**<br><br><br>Hearing Date:   September 27, 2023<br>Hearing Time:   10:00 a.m. |

Chapter 7 debtor, Carl Lackey ("Lackey"), responds to the Motion For Relief From Automatic Stay filed on August 28, 2023 by Mark Smith as **ECF No. 27**, ("Smith MRS").

Mr. Smith, and related entities, seek relief to proceed in an appeal pending in the Nevada Supreme Court, referred to in the Smith MRS as consolidated Case Nos. 85385 and 85889. Mr. Lackey does not oppose the automatic stay being lifted for the purpose of the Supreme Court matter being prosecuted to conclusion.

DATED: September 13, 2023.

**HARTMAN & HARTMAN**

*/s/ Jeffrey L. Hartman*
Jeffrey L. Hartman, Esq., Attorney for Debtor

1

**CERTIFICATE OF SERVICE**

I certify that I am an employee of Hartman & Hartman, and that on September 13, 2023, I caused to be served the following document(s):

**RESPONSE TO MOTION FOR RELIEF FROM AUTOMATIC STAY**

I caused to be served the above-named document(s) as indicated below:

✔ a. Via ECF to:

- LUKE BUSBY    luke@lukeandrewbusbyltd.com
- JORDAN J. BUTLER    jbutler@wrslawyers.com
- JEFFREY L HARTMAN    notices@bankruptcyreno.com, abg@bankruptcyreno.com
- CHRISTINA W. LOVATO    trusteelovato@att.net, NV26@ecfcbis.com
- BRIAN M. MCMAHON    brian@mcmahonlaw.org, justine@mcmahonlaw.org
- JOHN MARK SAMBERG    jsamberg@wrslawyers.com, efilingjms@wrslawyers.com
- U.S. TRUSTEE - RN - 7    USTPRegion17.RE.ECF@usdoj.gov

I declare under penalty of perjury that the foregoing is true and correct.

DATED: September 13, 2023.

/s/ Angie Gerbig
Angie Gerbig